# In the United States Court of Federal Claims

| | |
|---|---|
| HONEYWELL INTERNATIONAL INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> THE UNITED STATES OF AMERICA, ) <br> ) <br> Defendant. ) | No. 18-249C <br> (Filed: April 15, 2019) |

**ORDER**

On February 25, 2019, the Court granted summary judgment as to liability in favor of Plaintiff Honeywell International, Inc. ECF No. 20. On April 12, 2019, the parties filed a joint status report in which they agreed that the proper amount of damages is $1,946,450.50. ECF No. 23.[1]

Accordingly, the Clerk is directed to enter judgment in favor of Plaintiff in the amount of $1,946,450.50, with each side to bear its own fees and costs.

**IT IS SO ORDERED.**

s/ Elaine D. Kaplan
ELAINE D. KAPLAN
Judge

---

[1] The government has reserved its right to seek review of the Court's judgment.